UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                   -against-　　　　　　　　25 Cr. 285 (LGS)

   JERROD LLOYD,　　　　　　　　　ORDER

                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that the oral argument previously scheduled for September 16, 2025, is adjourned to **September 23, 2025, at 10:30 a.m.**

Dated: September 16, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**