# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

November 11, 2025

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. Defendant's motion(s) shall be filed by **November 18, 2025**. The Government's response shall be filed by **November 25, 2025**. Defendant's reply shall be filed by **December 5, 2025**. The status conference currently scheduled for December 15, 2025, is adjourned to **January 28, 2025, at 10:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 23.*

*Dated: November 17, 2025*
*New York, New York*

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

RE:   **United States v. Jerrod Lloyd**
      **25 Cr. 285 (LGS)**

Dear Judge Schofield:

The parties write jointly, in response to the Court's order dated November 3, 2025, to propose the following briefing schedule for pretrial motions:

Defense motions due: November 18, 2025
Government response due: November 25, 2025

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Jerrod Lloyd*

cc:   Daniel Roque, Assistant U.S. Attorney