UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

      UNITED STATES OF AMERICA,        :

                               :          25 Cr. 285 (LGS)

            -against-           :

                               :        SCHEDULING ORDER

      JERROD LLOYD,                 :

                   Defendant.  :

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Jerrod Lloyd's sentencing hearing will be held on

**April 13, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York 10007.   Defendant's sentencing submission, if any, shall be filed

on or before **March 23, 2026**.   The Government's pre-sentencing submission, if any, shall be

filed by **March 26, 2026.**   It is further,

**ORDERED** that the status conference currently scheduled for January 28, 2026, is

cancelled.

Dated: January 23, 2026
       New York, New York

                                     **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**