UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERROD LLOYD,<br><br>        Defendant. | **ORDER**<br><br>25 Cr. 285 (LGS) |

WHEREAS, with the consent of defendant Jerrod Lloyd, the defendant's guilty plea allocution was taken before United States Magistrate Gary Stein on December 18, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated *Pimentel* letter, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. The Clerk of the Court is directed to terminate the letter motion at docket number 30.

**SO ORDERED.**

Dated: January 23, 2026

New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE