UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,          :

                                     :        25 Cr. 285 (LGS)

              -against-             :

                                     :        <u>ORDER</u>

JERROD LLOYD,                   :

                        Defendant.  :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for May 5, 2026,

at 11:00 a.m. is adjourned to **May 5, 2026, at 4:00 p.m.**

Dated: April 27, 2026
       New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE