UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :
   UNITED STATES OF AMERICA,                        :
                                                    :
                                                    :         25 Cr. 285 (LGS)
                   -against-                         :
                                                    :         ORDER
   JERROD LLOYD,                                     :
                                   Defendant.        :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing previously scheduled for May 5,

2026, is adjourned to **May 19, 2026, at 3:45 p.m.**

Dated: May 11, 2026
       New York, New York

                                    _____
                                      **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**