UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA,         :

                                          :

                                          :                25 Cr. 285 (LGS)

               -against-        :

                                          :                   <u>ORDER</u>

JERROD LLOYD,                 :

                                  Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for May 18, 2026, at 3:45 p.m. is adjourned to **May 18, 2026, at 11:00 a.m.**

Dated: May 18, 2026
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**